Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant
RPC OLD TOWN AVENUE OWNER,
LLC

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>                Plaintiff<br><br>v.<br><br>RPC OLD TOWN AVENUE OWNER,<br>LLC, a Delaware Limited Liability<br>Company; and Does 1-10,<br><br>                Defendants. | Case No.: **'21 CV0170 GPC KSC**<br><br>**DEFENDANTS' NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(A)**<br><br>San Diego Sup. Ct. No.<br>37-2020-00040289-CU-CR-NC<br>Dept. N-31<br>Hon. Timothy Casserly |

Notice of Removal of Complaint

1  **TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF**

2  **ORLANDO GARCIA AND HIS ATTORNEYS OF RECORD**:

3       PLEASE TAKE NOTICE that Defendant RPC OLD TOWN AVENUE OWNER,

4  LLC("DEFENDANT") have been named and served as Defendants in the above-captioned

5  matter. DEFENDANT now removes the action from the Superior Court of California,

6  County of San Diego, to the United States District Court for the Southern District of

7  California pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. In support of this Notice of

8  Removal, DEFENDANT states as follows:

9                          **PROCEDURAL HISTORY**

10      1.    Plaintiff Orlando Garcia ("Garcia" or "Plaintiff") commenced this action by

11  filing a Complaint captioned *Orlando Garcia v. RPC Old Town Avenue Owner,*

12  *LLC. et al.*, Case No. 37-2020-00040289-CU-CR-NC in the in the California Superior

13  Court for the County of San Diego (the "State Court Action") on November 5, 2020.

14      2.    Plaintiff served DEFENDANT with a Summons and the Complaint on

15  December 31, 2020.  Pursuant to 28 U.S.C § 1446(a), true and correct copies of the

16  "process, pleadings, and orders" served upon Defendants, including the Summons and

17  Complaint are attached to this Notice as Exhibit 1.

18      3.    The California Superior Court for the County of San Diego is located within

19  the Southern District of California. (28 U.S.C. § 84(c).) This Notice of Removal is therefore

20  properly filed in this Court pursuant to 28 U.S.C. §1441(a).

21                     **ALLEGATIONS IN THE COMPLAINT**

22      4.    In the Complaint filed in the State Action, Plaintiff claims that Defendant's

23  identification and description of its accessible features deny him the opportunity to assess

24  whether Defendant's hotel meets his accessibility needs and that he cannot make

25  reservations for accessible guest rooms in the same manner as guests without disabilities in

26  violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §12101 *et seq*.

27  ("ADA") (First Cause of Action) and the Unruh Civil Rights Act, Cal. Civ. Code §§ 51-53

28  ("Unruh") in the Second Cause of Action.

5.      Defendant disputes Plaintiff's allegations, believes the Complaint lacks merit, and denies that Plaintiff has been harmed in any way by any act or omission of Defendant.

**GROUNDS FOR REMOVAL**

6.      Plaintiff's claims are based, in part, on alleged violations of federal law as Count I of the Complaint alleges violations of the ADA.

7.      Because this action involves claims under the ADA, this Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331 based upon the existence of a Federal Question and this action is subject to removal under 28 U.S.C. § 1441.

8.      Pursuant to 29 U.S.C. § 1446(a), this Notice of Removal is filed in the United States District Court for the Southern District of California, which is the District in which the State Action was filed and is presently pending.

10.      This Notice of Removal is timely pursuant to 28 U.S.C. §1446(b) as it was filed within thirty (30) days after Plaintiff served Defendants with the Complaint.

11.      After filing this Notice of Removal, Defendants will promptly serve written notice of this Notice of Removal on counsel for all adverse parties and file the same with the Clerk of the California Superior Court for the County of San Diego in accordance with 28 U.S.C. § 1446(d).

12.      Other than Does 1-10, Defendant is unaware of any other parties who have been named or who have appeared in the underlying State Court Action.

**NON-WAIVER OF DEFENSES**

13.      By removing this action from California Superior Court, Defendant does not waive any defenses available to it.

14.      By removing this action from California Superior Court, Defendant does not admit any of the allegations in Plaintiff's Complaint.

**CONCLUSION**

15.      For all of the reasons stated above, this action is within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1331. Accordingly, this action is removable pursuant to 28 U.S.C. § 1441.

1       WHEREFORE, Defendant requests the Court accept this Notice of Removal of this

2 matter to the United States District Court for the Southern District of California.

3                       Respectfully Submitted,

4                       STILLMAN & ASSOCIATES

5

6 Dated: January 29, 2021       By:_____

7                         Philip H. Stillman, Esq.
Attorneys for defendant RPC OLD TOWN AVENUE
OWNER, LLC

**PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on January 29, 2021 or as soon as possible thereafter, copies of the foregoing Notice of Removal was served electronically by email to Ray Ballister Jr. listed with the San Diego Superior Court and to the Clerk, San Diego Superior Court by OneLegal e-filing.

By: /s/ *Philip H. Stillman*
Attorneys for RPC OLD TOWN AVENUE OWNER, LLC